**FILED**

FEB − 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Kareemah Bell
HOMELESS
P.O. Box 34182, N.W.
Washington, D.C.  20043

CASE NUMBER  1:07CV00315

JUDGE: Unassigned

DECK TYPE: Civil Rights (non-employm

VS.

DATE STAMP: 02/ 7 /2007

Arlington County Police Department
1425 North Courthouse Road
Arlington, Virginia  22201

### COMPLAINT

November 24, 2006, at approximately 3:30 p.m., I walked into The Fashion Centre at Pentagon City Mall located at 1100 South Hayes Street, Arlington, Viriginia to apply for employment.  I have been without a full-time job since March 2004.  I am currently registered with several staffing agencies (Adecco, Ardelle, Contact 1 Inc., Encore Management, Hoya Staffing, and Nancy Adams Personnel Of Laurel).  I asked each retailer the same question; do you hirer African American and are you hiring?  I was given an application for employment from ten different stores.

I walked into SUN GLASS HUT located on the top level of the mall. I asked the same question; do you hirer African American and are you hiring?  I was told by the female manager to get out of the store, I had an attitude problem, I start too much confusion, I have a mental disorder, and I need to stop trying to sue everybody.  I do not know this woman personality.

Then she informed me verbally that she was calling security.  The female manager for SUN GLASS HUT started screaming at the top of her lungs SECURITY SECURITY as if I had her at gunpoint.  I asked for an application for employment.  Since America doesn't discriminate and it's the land of equal opportunity; please explain to me why I'm unemployed.

**RECEIVED**

JAN − 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I also applied for the same position last year; the same female manager who had just started the position interviewed me, she wanted me to take a personality telephone interview and she told me to call the corporate office to find my test results. According to corporate I was informed that their newly hired help misinformed me. I also applied for a position at the sister store in the same mall on the lower level.

**I STOOD INSIDE THE STORE AND WAITED FOR MALL SECURITY TO ARRIVE TO THE COMPLAINT OF THE LEASEHOLDER. INSTEAD OF USING DISCRETION ARLINGTON COUNTY POLICE DEPARTMENT DECIDE TO HUMILIATE ME BY CAUSING A SCREEN IN THE CENTER OF THE MALL. MALL SECURITY COULD HAVE TAKEN ME DOWN STAIRS TO THE OFFICE TO HANDLE THIS SITUATION PRIVATELY.**

**ONE OFFICER INFORMED ME THAT HE WAS GOING TO FOLLOW ME AROUND THE ENTIRE MALL.....THAT IS HARASSMENT.**

**I WAS ISSUED A NOTICE FORBIDDING ME TO SHOP IN PENTAGON CITY MALL FOR ONE YEAR.**

*Kareemah Bell*
Kareemah Yasmina Bell
HOMELESS
P.O. Box 34182, N.W.
Washington, D.C. 20043