**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

FEB - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

January 8, 2007

Kareemah Bell
HOMELESS
P.O. Box 34182, N.W.
Washington, D.C. 20043

VS.                                      CIVIL ACTION NO. __07 0315__

Arlington County Police Department
1425 North Courthouse Road
Arlington, Virginia 22201

MOTION

I am homeless and unemployed do to a lack of unsuccessful employment. I do not suffer with any mental illness. I am a victim of assault, defamation of character by family members, racial discrimination, and sexual harassment. I am requesting to file a motion hoping that you will accept my United States P.O. Box address as my mailing address.

*Kareemah Bell*
Kareemah Yasmina Bell
HOMELESS
P.O. Box 34182, N.W.
Washington, D.C. 20043

RECEIVED

JAN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3